**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>THOTA A REDDY,<br>SUNITA T. REDDY,<br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 10-13950<br>JUDGE: Wedoff |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

As you know, our firm represents JPMorgan Chase Bank, National Association in your Chapter 13 Case Number 10-13950. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. Accordingly, any information with which you provide this office can and may be used to collect that debt:

| | | |
|---|---|---:|
| 04/10-04/11 monthly payments at $489.12 each | = $ | 6,358.56 |
| Accrued late charges | = $ | 220.14 |
| TOTAL | = $ | 6,578.70 |

Respectfully submitted,

  /s/ Josephine J. Miceli
Attorney for JPMorgan Chase Bank, National Association

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-037678

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**